IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:09CR156 |
| ROY KENNETH MILLER | ) | |
| | ) | |

### ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on May 24, 2011 for a period of ten (10) years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 14th day of march, 2013

United States District Court Judge